IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 23-22528-CMB |
| **Adrienne Ellis,** | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No. 10 |
| **Adrienne Ellis,** | : | |
| Movant | : | |
| vs. | : | |
| **Ronda J. Winnecour** Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this ___6th___ day of ___December___, 2023, upon consideration of the Motion of the above reference Debtor(s), praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file her Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices be hereby extended to and including December 18, 2023.

FILED
12/6/23 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm         **dmk**
Hon. Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22528-CMB |
| Adrienne Ellis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Dec 06, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

**Recip ID      Recipient Name and Address**
db               + Adrienne Ellis, 1144 Sperling Drive, Pittsburgh, PA 15221-3053

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

**Name            Email Address**

Brian Nicholas
               on behalf of Creditor U.S. Bank National Association  as Trustee for BAYVIEW ASSET-BACKED SECURITIES TRUST SERIES 2008-9, Asset-Backed Securities, Series 2008-9 bnicholas@kmllawgroup.com

Keri P. Ebeck
               on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lawrence W. Willis
               on behalf of Debtor Adrienne Ellis ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
               ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
               cmecf@chapter13trusteewdpa.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Dec 06, 2023 | Form ID: pdf900 | Total Noticed: 1
TOTAL: 5