# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Adrienne Ellis** _____  Case No.  **23-22528**
Debtor(s)                                                  Chapter  **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Adrienne Ellis**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **December 14, 2023**          Signature  **/s/ Adrienne Ellis**
                                                **Adrienne Ellis**
                                                Debtor

**STA of Pennsylvania, Inc.**
1370 Washington Pike
Bridgeville, PA 15017

Adrienne Ellis
1144 Sperling Dr
Pittsburgh, PA 15221

Phone Number:
SSN: XXX-XX-XXXX

| Field | Value | Field | Value |
|---|---|---|---|
| Emp No | 001024459 | Check No. | 86668305 |
| Location | 483023 | Check Date | 11/17/2023 |
| Region | 018 | Period Start | 10/29/2023 |
| Department | 200 | Period End | 11/11/2023 |
| Report Locat | 483023 | Pay Group | PA13BO |
| | | Pay Rate | 16.75 |
| AR # | STU1002 | Job | AIDE |

### EARNINGS

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| ACA HoursWorked | | | 36.99 | | | |
| Monitor | | | 36.99 | 16.75 | 619.58 | 12769.93 |
| NR DrivrMeeting | | | | | | 131.58 |
| NR StateSickTme | | | | | | 249.20 |
| NR Trainee | | | | | | 43.62 |
| Retro Earnings | | | | | | 15.65 |
| S&A Bonus | | | | | | 236.00 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Gateway Sd | 0.19 | 3.61 |
| Pa State Income Tax | 19.02 | 412.79 |
| Pa Unemployment Emp | 0.43 | 9.37 |
| Federal Income Tax | 41.77 | 1033.36 |
| Employee Medicare | 8.99 | 194.97 |
| Social Security Emp | 38.41 | 833.65 |
| Monroeville | 6.20 | 134.47 |
| Monroeville Boro | 1.81 | 34.39 |

Totals  36.9900  619.58  13445.98   Totals  116.82  2656.61

### EMPLOYEE ACCRUALS

| Desc. | Balance | Taken | Remaining |
|---|---|---|---|
| SICK | 18.97 | 10.00 | |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Bankruptcy 1 | 502.76 | 8702.24 |
| Basic AD&D | | |
| Basic EE Life | | |

### EMPLOYER AMOUNTS

| | Current | YTD |
|---|---|---|

### NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|

Balance on Hold

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 619.58 | 116.82 | 502.76 | 0.00 | Total Net Pay | 0.00 |
| YTD | 13445.98 | 2656.61 | 8702.24 | 2087.13 | Check Amount | 0.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BLUE & GREEN BACKGROUND ON WHITE PAPER • ARTIFICIAL WATERMARK ON BACK

**UKG** (Formerly known as The Ultimate Software Group, Inc.)

STA of Pennsylvania, Inc.
1370 Washington Pike
Suite 505
Bridgeville, PA 15017

**Deposit No. 86668305**

Date: 11/17/2023

PAY TO THE ORDER OF

NON-NEGOTIABLE

Adrienne Ellis
1144 Sperling Dr
Pittsburgh, PA 15221

Deposit Amount: $0.00

STA of Pennsylvania, Inc.
1370 Washington Pike
Suite 505
Bridgeville, PA 15017

Adrienne Ellis
1144 Sperling Dr
Pittsburgh, PA 15221

Phone Number:
SSN: XXX-XX-XXXX

| | | |
|---|---|---|
| Emp No | 001024459 | |
| Location | 483023 | |
| Region | 018 | |
| Department | 200 | |
| Report Locat | 483023 | |
| AR # | STU1002 | |

| | |
|---|---|
| Check No. | 84715531 |
| Check Date | 11/03/2023 |
| Period Start | 10/15/2023 |
| Period End | 10/28/2023 |
| Pay Group | PA13BO |
| Pay Rate | 16.75 |
| Job | AIDE |

### EARNINGS

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| ACA HoursWorked | | | 48.09 | | | |
| Monitor | | | 48.09 | 16.75 | 805.51 | 12150.35 |
| NR DrivrMeeting | | | | | | 131.58 |
| NR StateSickTme | | | | | | 249.20 |
| NR Trainee | | | | | | 43.62 |
| Retro Earnings | | | | | | 15.65 |
| S&A Bonus | | | | | | 236.00 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Monroeville | 8.06 | 128.27 |
| Monroeville Boro | 1.81 | 32.58 |
| Gateway Sd | 0.19 | 3.42 |
| Pa State Income Tax | 24.73 | 393.77 |
| Pa Unemployment Emp | 0.56 | 8.94 |
| Federal Income Tax | 63.97 | 991.59 |
| Employee Medicare | 11.68 | 185.98 |
| Social Security Emp | 49.94 | 795.24 |

Totals  48.0900    805.51    12826.40    Totals    160.94    2539.79

### EMPLOYEE ACCRUALS

| Desc. | Balance | Taken | Remaining |
|---|---|---|---|
| CK | 17.91 | 10.00 | |

Balance on Hold

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic AD&D | | |
| Basic EE Life | | |
| Bankruptcy 1 | 508.00 | 8199.48 |

### EMPLOYER AMOUNTS

| Current | YTD |
|---|---|

### NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|
| C | XXXX6018 | 136.57 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| RRENT | 805.51 | 160.94 | 508.00 | 136.57 |
| D | 12826.40 | 2539.79 | 8199.48 | 2087.13 |

Total Net Pay    136.57
Check Amount    0.00

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BLUE & GREEN BACKGROUND ON WHITE PAPER • ARTIFICIAL WATERMARK ON BACK

UKG
Formerly Known As
The Ultimate Software Group, Inc.

STA of Pennsylvania, Inc.
1370 Washington Pike
Suite 505
Bridgeville, PA 15017

**Deposit No. 84715531**

Date: 11/03/2023

AY

NON-NEGOTIABLE

O THE
RDER
F

Adrienne Ellis
1144 Sperling Dr
Pittsburgh, PA 15221

Deposit Amount: $136.57

**UKG**
STA of Pennsylvania, Inc.
1370 Washington Pike
Suite 505
Bridgeville, PA 15017

Adrienne Ellis
1144 Sperling Dr
Pittsburgh, PA 15221

Phone Number:
SSN: XXX-XX-XXXX

| | |
|---|---|
| Emp No | 001024459 |
| Location | 483023 |
| Region | 018 |
| Department | 200 |
| Report Locat | 483023 |
| AR # | STU1002 |

| | |
|---|---|
| Check No. | 82178841 |
| Check Date | 10/20/2023 |
| Period Start | 10/01/2023 |
| Period End | 10/14/2023 |
| Pay Group | PA13BO |
| Pay Rate | 16.75 |
| Job | AIDE |

### EARNINGS

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| ACA HoursWorked | | | 47.76 | | | |
| Monitor | | | 46.76 | 16.75 | 783.24 | 11344.84 |
| NR DrivrMeeting | | | 1.00 | 14.90 | 14.90 | 131.58 |
| NR StateSickTme | | | | | | 249.20 |
| NR Trainee | | | | | | 43.62 |
| Retro Earnings | | | | | | 15.65 |
| S&A Bonus | | | | | 40.00 | 236.00 |
| Totals | | | 47.7600 | | 838.14 | 12020.89 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Pa State Income Tax | 25.73 | 369.04 |
| Pa Unemployment Emp | 0.59 | 8.38 |
| Federal Income Tax | 67.88 | 927.62 |
| Employee Medicare | 12.15 | 174.30 |
| Social Security Emp | 51.97 | 745.30 |
| Monroeville | 8.38 | 120.21 |
| Monroeville Boro | 1.81 | 30.77 |
| Gateway Sd | 0.19 | 3.23 |
| Totals | 168.70 | 2378.85 |

### EMPLOYEE ACCRUALS

| Desc. | Balance | Taken | Remaining |
|---|---|---|---|
| SICK | 16.53 | 10.00 | |
| Balance on Hold | | | |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic AD&D | | |
| Basic EE Life | | |
| Bankruptcy 1 | 508.00 | 7691.48 |

### EMPLOYER AMOUNTS

| | Current | YTD |
|---|---|---|

### NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|
| C | XXXX6018 | 161.44 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 838.14 | 168.70 | 508.00 | 161.44 |
| YTD | 12020.89 | 2378.85 | 7691.48 | 1950.56 |

Total Net Pay    161.44
Check Amount    0.00

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BLUE & GREEN BACKGROUND ON WHITE PAPER • ARTIFICIAL WATERMARK ON BACK

**UKG**
Formerly Known As
The Ultimate Software Group, Inc.

STA of Pennsylvania, Inc.
1370 Washington Pike
Suite 505
Bridgeville, PA 15017

**Deposit No. 82178841**

Date: 10/20/2023

PAY
TO THE
ORDER
OF

NON-NEGOTIABLE

Adrienne Ellis
1144 Sperling Dr
Pittsburgh, PA 15221

Deposit Amount: $161.44

**UKG**
STA of Pennsylvania, Inc.
1370 Washington Pike
Suite 505
Bridgeville, PA 15017

Adrienne Ellis
1144 Sperling Dr
Pittsburgh, PA 15221

Phone Number:
SSN: XXX-XX-XXXX

| | |
|---|---|
| Emp No | 001024459 |
| Location | 483023 |
| Region | 018 |
| Department | 200 |
| Report Locat | 483023 |
| AR # | STU1002 |

| | |
|---|---|
| Check No. | 80370874 |
| Check Date | 10/06/2023 |
| Period Start | 09/17/2023 |
| Period End | 09/30/2023 |
| Pay Group | PA13BO |
| Pay Rate | 16.75 |
| Job | AIDE |

### EARNINGS

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| ACA HoursWorked | | | 40.68 | | | |
| Monitor | | | 40.68 | 16.75 | 681.39 | 10561.60 |
| NR DrivrMeeting | | | | | | 116.68 |
| NR StateSickTme | | | 10.00 | 16.75 | 167.50 | 249.20 |
| NR Trainee | | | | | | 43.62 |
| Retro Earnings | | | | | | 15.65 |
| S&A Bonus | | | | | | 196.00 |
| Totals | | | 50.6800 | | 848.89 | 11182.75 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Gateway Sd | 0.19 | 3.04 |
| Pa State Income Tax | 26.06 | 343.31 |
| Pa Unemployment Emp | 0.59 | 7.79 |
| Federal Income Tax | 69.17 | 859.74 |
| Employee Medicare | 12.31 | 162.15 |
| Social Security Emp | 52.63 | 693.33 |
| Monroeville | 8.49 | 111.83 |
| Monroeville Boro | 1.81 | 28.96 |
| Totals | 171.25 | 2210.15 |

### EMPLOYEE ACCRUALS

| Desc. | Balance | Taken | Remaining |
|---|---|---|---|
| SICK | 15.17 | 10.00 | |

Balance on Hold

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Bankruptcy 1 | 508.00 | 7183.48 |
| Basic EE Life | | |
| Basic AD&D | | |

### EMPLOYER AMOUNTS

| Current | YTD |
|---|---|

### NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|
| C | XXXX6018 | 169.64 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 848.89 | 171.25 | 508.00 | 169.64 |
| YTD | 11182.75 | 2210.15 | 7183.48 | 1789.12 |

| | |
|---|---|
| Total Net Pay | 169.64 |
| Check Amount | 0.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BLUE & GREEN BACKGROUND ON WHITE PAPER • ARTIFICIAL WATERMARK ON BACK

**UKG** ™
Formerly Known As
The Ultimate Software Group, Inc.

STA of Pennsylvania, Inc.
1370 Washington Pike
Suite 505
Bridgeville, PA 15017

Deposit No. 80370874

Date: 10/06/2023

PAY
TO THE
ORDER
OF

NON-NEGOTIABLE

Adrienne Ellis
1144 Sperling Dr
Pittsburgh, PA 15221

Deposit Amount: $169.64