**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ADRIENNE ELLIS                                                                  Case No. 23-22528CMB

          Debtor(s)
RONDA J. WINNECOUR,                                                     Chapter 13
Standing Chapter 13 Trustee,

          Movant                                                               Document No __
    vs.
US BANK NA - TRUSTEE FOR BAYVIEW
ASSET-BACKED SECURITIES ET AL

          Respondents

## NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

US BANK NA - TRUSTEE FOR BAYVIEW        Court claim# 16/Trustee CID# 29
ASSET-BACKED SECURITIES ET AL
C/O M & T BANK
ATTN PAYMENT PROCESSING
PO BOX 1288
BUFFALO, NY 14240-1288

The Movant further certifies that on 12/10/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
cc:  debtor(s)                                SUITE 3250 US STEEL TWR
    original creditor                      PITTSBURGH, PA  15219
    putative creditor                   (412) 471-5566
    counsel for debtor(s)           cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>ADRIENNE ELLIS, 1144 SPERLING DRIVE, PITTSBURGH, PA  15221<br><br>:<br>M & T BANK, PO BOX 840, BUFFALO, NY 14240<br><br>ORIGINAL CREDITOR:<br>US BANK NA - TRUSTEE FOR BAYVIEW ASSET-BACKED SECURITIES ET AL, C/O M & T BANK, ATTN PAYMENT PROCESSING, PO BOX 1288, BUFFALO, NY  14240-1288<br><br>NEW CREDITOR: | DEBTOR'S COUNSEL:<br>LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA  15235<br><br>ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |