**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ADRIENNE ELLIS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:23-22528

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1.  The case was filed on 11/22/2023  and confirmed on 01/30/2024 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,531.00 |
| Less Refunds to Debtor | 1,740.04 | |
| TOTAL AMOUNT OF PLAN FUND | | 19,790.96 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 1,291.86 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,291.86 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE FOR BAYVIEW A: | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7580 | | | | |
| WILKINSBURG BOROUGH (MUN SVC FEE | 453.97 | 453.97 | 56.71 | 510.68 |
| Acct: P206 | | | | |
| US BANK NA - TRUSTEE FOR BAYVIEW A: | 8,273.41 | 8,273.41 | 465.45 | 8,738.86 |
| Acct: 7580 | | | | |
| | | | | 9,249.54 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADRIENNE ELLIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADRIENNE ELLIS | 1,740.04 | 1,740.04 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 23-22528 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| INTERNAL REVENUE SERVICE* | | 1,922.61 | 1,922.61 | 0.00 | 1,922.61 |
| Acct: 4969 | | | | | |
| US BANK NA - TRUSTEE FOR BAYVIEW AS | | 139.99 | 139.99 | 0.00 | 139.99 |
| Acct: 7580 | | | | | |
| US BANK NA - TRUSTEE FOR BAYVIEW AS | | 661.30 | 661.30 | 0.00 | 661.30 |
| Acct: 7580 | | | | | |
| US BANK NA - TRUSTEE FOR BAYVIEW AS | | 2,555.66 | 2,255.66 | 0.00 | 2,255.66 |
| Acct: 7580 | | | | | |
| US BANK NA - TRUSTEE FOR BAYVIEW AS | | 851.61 | 0.00 | 0.00 | 0.00 |
| Acct: 7580 | | | | | |
| US BANK NA - TRUSTEE FOR BAYVIEW AS | | 1,538.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7580 | | | | | |
| | | | | | 4,979.56 |
| Unsecured | | | | | |
| ECMC(*) | | 0.00 | 270.00 | 0.00 | 270.00 |
| Acct: 4969 | | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | | 1,482.69 | 0.00 | 0.00 | 0.00 |
| Acct: 9134 | | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | | 449.19 | 0.00 | 0.00 | 0.00 |
| Acct: 0856 | | | | | |
| PROSPER LENDING LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8806 | | | | | |
| LVNV FUNDING LLC | | 796.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0320 | | | | | |
| LVNV FUNDING LLC | | 651.06 | 0.00 | 0.00 | 0.00 |
| Acct: 8251 | | | | | |
| DUQUESNE LIGHT COMPANY(*) | | 2,637.84 | 0.00 | 0.00 | 0.00 |
| Acct: 4521 | | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | | 837.09 | 0.00 | 0.00 | 0.00 |
| Acct: 0992 | | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | | 788.52 | 0.00 | 0.00 | 0.00 |
| Acct: 2794 | | | | | |
| LVNV FUNDING LLC | | 429.59 | 0.00 | 0.00 | 0.00 |
| Acct: 2556 | | | | | |
| QUANTUM3 GROUP LLC - AGNT MERCUR | | 1,498.27 | 0.00 | 0.00 | 0.00 |
| Acct: 6644 | | | | | |
| MISSION LANE | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2058 | | | | | |
| NORDSTROM | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2619 | | | | | |
| PEOPLES NATURAL GAS CO LLC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| THE SWISS COLONY | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2904 | | | | | |
| LVNV FUNDING LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7507 | | | | | |
| LVNV FUNDING LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5534 | | | | | |
| INTERNAL REVENUE SERVICE* | | 34.98 | 0.00 | 0.00 | 0.00 |
| Acct: 4969 | | | | | |
| QUANTUM3 GROUP LLC AGENT CONCOF | | 168.82 | 0.00 | 0.00 | 0.00 |
| Acct: 3599 | | | | | |
| LVNV FUNDING LLC | | 1,684.16 | 0.00 | 0.00 | 0.00 |
| Acct: 6243 | | | | | |
| WH BURKLEY LLP(*) | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

23-22528 **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 270.00 |

TOTAL PAID TO CREDITORS                                                                                  14,499.10

    TOTAL CLAIMED
    PRIORITY          7,669.17
    SECURED           8,727.38
    UNSECURED         11.458.21

Date: 05/13/2026                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com